**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

|  |  |  |
|---|---|---|
| LINDA HAMILTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action |
| vs. | ) | Case No. 07-1359-EFM-KMH |
| | ) | |
| WEBB DOUGLAS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT DECREE APPROVING SETTLEMENT**

Now, on this 5th day of March, 2009, this matter comes before the Court on the application of the parties for approval of the Stipulation for Settlement. The Plaintiff appears by Edward Zwilling of Schwartz Zweben & Slingbaum, LLP and Lawrence Williamson; the Defendant appears by David P. Calvert of David P. Calvert, P.A.  There are no other appearances.

The Court finds that the parties to this action have entered into a Settlement Agreement and agree that the Court should retain jurisdiction over this case for enforcement purposes only.

IT IS THEREFORE ORDERED that the Court shall retain jurisdiction over this case for enforcement purposes only.

IT IS FURTHER ORDERED that subject to compliance by the parties with the terms of the Settlement Agreement, the claims of the plaintiff are dismissed with prejudice.

　　　　　　　　　　　　　　/s    Eric F. Melgren
　　　　　　　　　　　　　　ERIC F. MELGREN
　　　　　　　　　　　　　　United States District Judge